No. 125. KATE C. ARCHER, ADMINISTRATRIX OF GEORGE F. ARCHER, DECEASED, ET AL. *v.* UNITED STATES; and

No. 220. UNITED STATES *v.* KATE C. ARCHER, ADMINISTRATRIX OF GEORGE F. ARCHER, DECEASED, ET AL. Appeals from the Court of Claims. Argued January 13, 1920. Decided March 1, 1920. *Per Curiam.* Judgment affirmed by an equally divided court. *Mr. T. M. Miller* and *Mr. Percy Bell* for appellants in No. 125 and appellees in No. 220. *The Solicitor General,* with whom *Mr. A. F. Myers* was on the brief, for the United States.